# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

JOSEPH ELLIS JONES, III,
    Plaintiff,

v.                                                             CASE NUMBER: 14-2846-JDT-cgc

SHELBY COUNTY, ET AL.,
    Defendant,

    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/28/14, the Court **DISMISSES** Plaintiff's complaint for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). Plaintiff's claims against the Office of the Shelby County District Attorney General and the MTMHI are also **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(2) insofar as they seek an award of money damages. Pursuant to 28 U.S.C. § 1915(a)(3), the Court must also consider whether an appeal by Plaintiff in this case would be taken in good faith. Therefore, it is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. The Court must also address the assessment of the $505 appellate filing fee if Plaintiff nevertheless appeals the dismissal of this case. A certification that an appeal is not taken in good faith does not affect an indigent prisoner plaintiff's ability to take advantage of the installment procedures contained in § 1915(b). Therefore, the Plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim.

**APPROVED:**

                                                    <u>s/James D. Todd</u>
                                                    JAMES D. TODD
                                                    UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/MAURICE BRYSON**
**DEPUTY CLERK**